UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08954
    RONNIE F WHITMORE
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-3249

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/16/07 and confirmed on 07/05/07.

    2.  The case was dismissed after confirmation, 01/08/2009.

    3.  The Debtor paid a total of $  5850.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 9713.96 | 46.52 | 410.10 |
| HARLEY DAVIDSON CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| HARLEY DAVIDSON CREDIT | SECURED VEHIC | 1639.53 | 116.87 | 1639.53 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 10727.40 | .00 | 490.52 |
| AMERICASH LOANS | UNSECURED | 1312.46 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CASH NOW LOANS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 347.80 | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 406.33 | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 17323.00 | .00 | .00 |
| FOX VALLEY CARDIOVASCULA | UNSECURED | NOT FILED | .00 | .00 |
| HILCO RECEIVABLES LLC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1825.14 | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | 1361.75 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CONSUMER FINANCIA | UNSECURED | 384.41 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 729.80 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 12043.00 | .00 | .00 |

Summary of disbursements:

--------------------------------------------------------------------------------

|                   | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|-------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 1639.53 | 10727.40 | 45447.65  | .00   | 57814.58 |
| PRINCIPAL PAID    | 1639.53  | 490.52   | 410.10    | .00   | 2540.15  |
| INTEREST PAID     | 116.87   | .00      | 46.52     | .00   | 163.39   |
| TOTAL PAID        | 1756.40  | 490.52   | 456.62    | .00   | 2703.54  |

The Debtor's attorney, RICHARD E SEXNER                , was allowed $   3500.00
and was paid $    621.00  direct and $   2879.00  through the plan.

The Trustee received $    267.46 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/11/09                /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE